UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN LEE HARRIS, | Case No. 1:19-cv-00980-AWI-JDP |
| Petitioner, | ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |
| v. | |
| JAMES D. OTTO, et al., | |
| Respondent. | |

Petitioner Tevin Lee Harris, a state prisoner proceeding without counsel, seeks a writ of mandamus. ECF No. 1.

Under 28 U.S.C. § 2241(d), venue is proper in the judicial district where the petitioner was convicted or the judicial district where petitioner is being held in custody. Here, petitioner was convicted in Los Angeles County, in the Central District of California. Petitioner is incarcerated in the Los Angeles County Men's Central Jail, in the Central District of California. Therefore, the proper venue for his claim is the Central District of California. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Because petitioner was convicted and is incarcerated in the Central District of California, we transfer this case to the Central District for the ease and convenience of all parties and the court. *See* 28 U.S.C. § 2241(d).

Accordingly,

1. The case is transferred to the United States District Court for the Central District of California.

2. All future filings shall refer to the new Central District case number assigned and shall be filed at:

>United States District Court
>Central District of California
>350 W. 1st Street, Suite 4311
>Los Angeles, CA 90012-4565

3. This court has not ruled on plaintiff's motion to stay. ECF No. 8.

IT IS SO ORDERED.

Dated:   January 13, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 206.